# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

EARL JOSEPH VERDIN

NO. 2024 KW 0572

**JUNE 25, 2024**

---

In Re:     Earl Joseph Verdin, applying for supervisory writs, 17th
           Judicial District Court, Parish of Lafourche, No.
           612794.

---

**BEFORE:    THERIOT, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

                              MRT
                              AHP
                              WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT